IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 11-6274 SI

In re:

NASIR SHEIKH,

Debtor/Appellant.

_____/

**ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

The Record on Appeal in this matter was entered in the docket of this Court on March 16, 2012. Pursuant to Fed. R. Bankr. P. 8010 and B.L.R. 8010-1, appellant then had until April 17, 2012 (30 days after entry in the District Court docket) to serve and file a brief not exceeding 25 pages in length. *See* Bankr. Scheduling Order, dkt. 4. Appellant has not filed a brief nor contacted the Court in any other way. Appellant is hereby ORDERED TO SHOW CAUSE **in writing to be filed with the Court no later than June 30, 2012** why this appeal should not be dismissed for failure to prosecute. *See* Fed. R. Bankr. P. 8001(a).

**IT IS SO ORDERED.**

Dated: June 18, 2012

SUSAN ILLSTON
United States District Judge